United States District Court

Eastern District of California

Walter L. Cole,

      Plaintiff,   No. Civ. S 04-2735 MCE PAN P

  vs.   Order

Lea, et al.,

      Defendants.

-oOo-

Plaintiff is a state prisoner without counsel seeking redress for alleged civil rights violations.

The amended complaint states cognizable claims for relief against defendants Swoop, Tirella and Morgan pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  The court construes plaintiff's claims against defendant "Marks Board Committee" as against Doe defendants who comprise such committee.  Plaintiff may seek to identify the members of the committee, through discovery or other means, and request leave to amend his

1 complaint to name them.

2 Plaintiff moved for appointment of counsel January 12, 2005. 3 In proceedings that do not threaten a litigant with loss of 4 physical liberty, there presumptively is no right to appointed 5 counsel. <u>Lassiter v. Department of Social Services</u>, 452 U.S. 18, 6 26-27 (1981). Section 1915(e)(1) of Title 28 confers discretion 7 upon the court to request counsel represent an indigent civil 8 litigant. <u>Mallard v. District Court</u>, 490 U.S. 296 (1989).

9 In deciding whether to appoint counsel the court exercises 10 discretion governed by a number of factors, including the 11 likelihood of success on the merits and the applicant's ability 12 to present his claims in light of their complexity. <u>Weygandt v.</u> 13 <u>Look</u>, 718 F.2d 952, 954 (9th Cir. 1983); <u>see also</u>, <u>LaMere v.</u> 14 <u>Risley</u>, 827 F.2d 622, 626 (9th Cir. 1987). Ordinarily the 15 presumption of regularity in the state's procedures for confining 16 prisoners suggests a lack of likely success and counsels against 17 appointment of counsel. See <u>Maclin v. Freake</u>, 650 F.2d 885, 887 18 (7th Cir. 1981). As a general rule, the court will not appoint 19 counsel unless the applicant shows his claim has merit in fact 20 and law. <u>Id.</u> Even if the applicant overcomes this hurdle, the 21 court will not appoint counsel if the law is settled and the 22 material facts are within the plaintiff's possession, viz., they 23 do not require investigation outside the prison walls. <u>Id.</u> at 24 887-88.

25 Here, plaintiff alleges his constitutional rights were 26 violated in connection with medical care provided or withheld by

defendants.  The law governing these issues is settled and investigation outside the prison walls is unnecessary to discover material facts.  There is, on the record before the court, no reason to believe appointment of counsel would be of significant benefit.

    Accordingly, the court hereby orders that:

    1.  Plaintiff's January 12, 2005, motion to appoint counsel is denied.

    2.  Service is appropriate for defendants Swoop, Tirella and Morgan.

    3.  The Clerk of the Court shall send plaintiff three USM-285 forms, one summons, an instruction sheet and one copy of the May 13, 2005, pleading.

    4.  Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 forms and four copies of the May 13, 2005, pleading.

    5.  Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendants Swoop, Tirella and Morgan pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

    Dated:  May 31, 2005.

                        /s/ Peter A. Nowinski
                        PETER A. NOWINSKI
                        Magistrate Judge

```
 1
 2
 3
 4
 5
 6
 7
 8                      United States District Court
 9                     Eastern District of California
10
11
12  Walter L. Cole,
13            Plaintiff,           No. Civ. S 04-2735 MCE PAN P
14       vs.                       Notice of Submission of Documents
15  Lea, et al.,
16            Defendants.
17                                 -oOo-
18       Plaintiff hereby submits the following documents in
19  compliance with the court's order filed _____:
20            ____ completed summons form
21            ____ completed forms USM-285
22            ____ copies of the _____
                                  Amended Complaint
23
24  Dated: _____
25                                _____
                                  Plaintiff
26
```

4