IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER L. COLE,

        Plaintiff,                      No. CIV S-04-2735 MCE EFB P

    vs.

LEA, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with an action filed pursuant to 42 U.S.C. § 1983. By order filed September 26, 2006, plaintiff's June 22, 2006, and July 11, 2006, motions to file a second amended complaint were granted.

        The second amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the second amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Burns, Borgers, Felix, Penner, and Peterson.

        2. The Clerk of the Court shall send plaintiff five USM-285 forms, one summons, an instruction sheet and a copy of the second amended complaint filed September 26, 2006.

1

1        3. Within thirty days from the date of this order, plaintiff shall complete the
2  attached Notice of Submission of Documents and submit the following documents to the court:
3        a. The completed Notice of Submission of Documents;
4        b. One completed summons;
5        c. One completed USM-285 form for each defendant listed in number 1
6        above; and
7        d. Six copies of the endorsed amended complaint filed September 26,
8        2006.
9        4. Plaintiff need not attempt service on defendants and need not request waiver of
10 service.  Upon receipt of the above-described documents, the court will direct the United States
11 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
12 without payment of costs.
13 DATED: November 20, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

          Plaintiff,          No. CIV

  vs.

                                      <u>NOTICE OF SUBMISSION</u>

          Defendants.        <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____ completed summons form

      _____ completed USM-285 forms

      _____ copies of the _____
                                Amended Complaint

DATED:

                                      _____
                                      Plaintiff