IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER L. COLE,

      Plaintiff,                                No. CIV S-04-2735 MCE EFB P

      vs.

CAPTAIN LEA, et al.,

      Defendants.                        <u>ORDER</u>

_____/

      Plaintiff is a state prisoner prosecuting this civil rights action without counsel. Pursuant to the September 26, 2006, schedule, trial is set for August 15, 2007. The court vacates that date, and will reset a trial date in the pretrial order. *See* Fed. R. Civ. P. 16(b).

      So ordered.

Dated: July 11, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE