1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WALTER L. COLE,

11            Plaintiff,                    No. CIV S-04-2735 MCE EFB P

12         vs.

13   LEA, et al.,
                                            FINDINGS AND RECOMMENDATIONS
14            Defendants.
                                    /

15

16         On December 20, 2006, the court ordered the United States Marshal to serve the

17   complaint on defendants.  On February 16, 2007, process directed to defendant Felix was

18   returned unserved with the notation "per CSP-SAC, no longer employed, CDC locator unable to

19   locate."  By an order filed March 27, 2007, the court directed plaintiff to provide additional

20   information to serve defendant Felix within 90 days.  That period has passed and plaintiff has not

21   returned the USM-285 form necessary to effect service on defendant Felix or otherwise

22   responded to the court's order.

23         Accordingly, it is hereby RECOMMENDED that defendant Felix be dismissed without

24   prejudice.

25         These findings and recommendations are submitted to the United States District Judge

26   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days

1

1   after being served with these findings and recommendations, any party may file written

2   objections with the court and serve a copy on all parties.  Such a document should be captioned

3   "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

4   within the specified time may waive the right to appeal the District Court's order. *Turner v.*

5   *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

6   DATED:   August 14, 2007.

7

8   _____
    EDMUND F. BRENNAN

9   UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26