IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER L. COLE,

    Plaintiff,                     No. CIV S-04-2735 MCE EFB P

    vs.

DR. TURELLA, et al.,

    Defendants.                <u>ORDER</u>

      Good cause appearing, defendants' November 21, 2008 request for an extension of time in which to exchange trial exhibits is granted. The parties shall exchange, by mail, copies of their exhibits, schedules and summaries, that they intend to use at trial, on or before December 9, 2008.

DATED: November 24, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE