IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER L. COLE,

        Plaintiff,                    No. CIV S-04-2735 MCE EFB P

   vs.

TURELLA, et al.,

        Defendants.          <u>ORDER</u>

                                    /

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has requested that the court appoint counsel. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no exceptional circumstances in this case.

////

////

////

////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's February 6, 2009, request for
2  appointment of counsel is denied.
3  DATED: February 11, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE