IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER L. COLE,

        Plaintiff,                     No. CIV S-04-2735 MCE EFB P

   vs.

LEA, et al.,

        Defendants.               <u>ORDER</u>

_____/

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On January 28, 2009, in anticipation of a February 23, 2009 trial date, plaintiff requested nine blank subpoena forms. Two days later, on January 30, 2009, trial in this matter was continued to June 15, 2009. In his trial brief, filed May 15, 2009, plaintiff indicates that he intends to call two witnesses, but does not indicate whether these witness will testify voluntarily.

       Accordingly, IT IS HEREBY ORDERED that the Clerk shall forward to plaintiff two blank subpoena forms. By order issued August 29, 2008, the court notified plaintiff of the witness fees and travel expenses for each of his unincarcerated witnesses. Plaintiff is reminded that a subpoena will not be served upon the unincarcerated witness by the United States Marshal unless the money order is tendered to the court. If plaintiff wishes to have the Marshal serve any

1  unincarcerated witnesses who refuse to testify voluntarily, plaintiff must *promptly* submit the
2  money orders with the completed subpoena forms to the court.
3  DATED: June 5, 2009.

   EDMUND F. BRENNAN
   U.S. MAGISTRATE JUDGE